Tyson M. Takeuchi, (SBN 177419)
Law Offices of Tyson M. Takeuchi
3699 Wilshire Blvd., Ste 1260
Los Angeles, CA 90010
Tel: (213) 637-1866  Fax: (213) 637-0878

Attorney for Debtor(s)
Franklin, Gary L

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – **Los Angeles** DIVISION

| | |
|---|---|
| In re:<br>Franklin, Gary L<br><br>               Debtor(s) | ) Case No.:<br>) Chapter **7**<br>)<br>)<br>) **DEBT REPAYMENT PLAN (11**<br>) **U.S.C.SECTION 521(b)(2);**<br>) **F.R.B.P. 1007(b)(3)**<br>)<br>) |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

**NONE PREPARED FOR THIS CASE**

Executed at Los Angeles, California on 05/31/2006

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1866