**LODGED**

OCT - 4 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                        Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Gary L. Franklin,

Debtor.

_____/

Case No.  LA 06-12303 EC

Chapter 7

## ORDER APPROVING ASSUMPTION OF THE LEASE
## AGREEMENT BETWEEN DEBTORS AND CAB WEST, LLC

This matter having come before the court upon Stipulation between CAB WEST, LLC and the Debtor,

by and through his undersigned counsel; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Debtor's assumption of the Lease Agreement between

CAB WEST, LLC and the Debtor regarding the lease of a 2006 Ford Expedition, VIN#

1FMFU15556LA02645 (the "Lease Agreement") pursuant to 11 U.S.C. §365(p), as a personal liability of

the Debtor is approved;

**IT IS FURTHER ORDERED** that the Debtor waives the effect, if any, the discharge under 11

U.S.C. §524(a) has as to the assumed Lease Agreement.

Date: 12/18/06

**ORDER NOT USED**

BG 12/18/06

**HONORABLE ELLEN CARROLL**
**UNITED STATES BANKRUPTCY COURT JUDGE**

Account No.: __40098907__

3600.0043  261358.1

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| GARY L. FRANKLIN | | Debtor(s). | CASE NO.:  LA 06-12303 EC |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF <u>ORANGE</u>

1.      I am over the age of 18 and not a party to the within action.  My business address is as follows:

      535 Anton Blvd., 10th Floor, Costa Mesa, CA 92626

2.      **Regular Mail Service:**  On October 4, 2006, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: **ORDER APPROVING ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTOR AND CAB WEST, LLC** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Costa Mesa, California, addressed as set forth below:

3.      **See below for names and addresses of all parties and counsel that have been served.**  *(In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtor(s), Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee, or 20 largest unsecured creditors, etc.)*

<u>**DEBTOR(S)**</u>:
Gary L. Franklin
3451 South La Brea Avenue, Apt. 105
Los Angeles, CA 90016-5237

<u>**ATTORNEY FOR DEBTOR(S)**</u>:
Tyson Takeuchi, Esq.
3699 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010

<u>**TRUSTEE**</u>:
R. Todd Neilson, Trustee
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

<u>**U.S. TRUSTEE**</u>:
U.S. Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2006

IGNACIO L. RAMIREZ

Order Approving Assumption of Lease

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| GARY L. FRANKLIN | | Debtor(s). | CASE NO.:  LA 06-12303 EC |

### NOTICE OF ENTRY OF JUDGMENT OR ORDER
### AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

RECEIVED

OCT - 4 2██

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

  1.      You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER APPROVING ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTOR AND CAB WEST, LLC was entered on *(specify date)*:

  2.      I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

Dated:

                                    **JON D. CERETTO**
                                    **Clerk of the Bankruptcy Court**

                          By: _____

                                *Deputy Clerk*

| In re                    (SHORT TITLE) | CHAPTER:  7 |
|---|---|
| GARY L. FRANKLIN                                      Debtor(s). | CASE NO.:  LA 06-12303 EC |

## SERVICE LIST

**ATTORNEY FOR MOVANT**
JOHN H. KIM, ESQ.
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Blvd., Tenth Floor
Costa Mesa, CA 92626

**DEBTOR(S)**:
Gary L. Franklin
3451 South La Brea Avenue, Apt. 105
Los Angeles, CA 90016-5237

**ATTORNEY FOR DEBTOR(S)**:
Tyson Takeuchi, Esq.
3699 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010

**TRUSTEE**:
R. Todd Neilson, Trustee
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

**U.S. TRUSTEE**:
U.S. Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017